IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-50451
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JUAN ANTONIO ESQUIVEL-GARCIA,
also known as Juan Antonio Garcia,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-97-CR-157-1
- - - - - - - - - -

March 5, 1999

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     The Federal Public Defender appointed to represent Juan
Antonio Esquivel-Garcia has moved for leave to withdraw and has
filed a brief as required by Anders v. California, 386 U.S. 738
(1967).  Esquivel-Garcia has filed a response and has requested
that the court appoint new appellate counsel.  Our independent
review of the brief, Esquivel's response, and the record
discloses no nonfrivolous issue.  Accordingly, Esquivel's motion

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

for appointment of a new attorney is DENIED, counsel's motion for

leave to withdraw is GRANTED, counsel is excused from further

responsibilities herein, and the APPEAL IS DISMISSED.